United States District Court
Southern District of Texas
**ENTERED**
November 01, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| CARLOS HERNANDEZ, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | MISCELLANEOUS NO. 7:21-MC-070 |
| § | |
| CITY OF MCALLEN POLICE § | |
| DEPARTMENT, § | |
| § | |
| Defendant. § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the magistrate judge's Report and Recommendation regarding Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs. After having reviewed the said Report and Recommendation, and no objections having been filed, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED**, **ADJUDGED** and **DECREED** that the conclusions in United States Magistrate Judge Nadia S. Medrano's Report and Recommendation entered as Docket Entry No. 6 are hereby adopted by this Court.

The Clerk shall send a copy of this Order to the parties.

SO ORDERED November 1, 2021, at McAllen, Texas.

*/s/ Randy Crane*
Randy Crane
United States District Judge