United States District Court
Southern District of Texas
**ENTERED**
May 12, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| CARLOS HERNANDEZ | § § § § | |
| VS. | § § | MISCELLANEOUS NO. 7:21-MC-70 |
| CITY OF MCALLEN POLICE DEPARTMENT | § § § § § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, DENYING RELIEF, AND GRANTING DISMISSAL

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Plaintiff Carlos Hernandez's letter-motion requesting the appointment of counsel (Docket No. 9), and Plaintiff's objections thereto. After having reviewed the said Report and Recommendation, and after appropriate review of Plaintiff's objections thereto, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED, ADJUDGED** and **DECREED** that the conclusions in United States Magistrate Judge Nadia S. Medrano's Report and Recommendation entered as Docket Entry No.10 are hereby adopted by this Court.

FURTHER, the Court, having adopted the conclusions of the Report and Recommendation of United States Magistrate Judge Nadia S. Medrano, is of the opinion that the letter-motion requesting the appointment of counsel should be **DENIED**, and that this action should be **DISMISSED** without prejudice.

The Clerk shall send a copy of this Order to the Plaintiff.

SO ORDERED May 12, 2022, at McAllen, Texas.

                                                                                              Randy Crane
United States District Judge